UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 15-3805

———————

UNITED STATES OF AMERICA, ex rel.
GERASIMOS PETRATOS,

GERASIMOS PETRATOS, ex rel. UNITED STATES OF AMERICA;
STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT;
STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA;
STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA;
STATE OF LOUISIANA; STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN;
STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA;
STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY;
STATE OF NEW MEXICO; STATE OF NEW YORK;
STATE OF NORTH CAROLINA; STATE OF OKLAHOMA;
STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS;
COMMONWEALTH OF VIRGINIA; DISTRICT OF COLUMBIA,
                                                    Appellants

v.

GENENTECH INC; ROCHE GROUP; HOFFMAN LA ROCHE, INC.;
ROCHE HOLDINGS, LTD.; F HOFFMAN - LA ROCHE, LTD

———————

SUR PETITION FOR REHEARING

———————

Present: SMITH, *Chief Judge*, MCKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO,
and SCIRICA,[1] *Circuit Judges*, and ROSENTHAL,[2] *District Judge*.

———————

[1] Judge Scirica's vote is limited to panel rehearing.

[2] The Honorable Lee H. Rosenthal, United States District Judge for the Southern
District of Texas, sitting by designation.

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: May 25, 2017
CLW/cc: Michael J. DeBenedictis, Esq.
        Matthew T. McCrary, Esq.
        Lawrence S. Lustberg, Esq.
        Mark W. Mosier, Esq.